**Francis J. Maloney III**, OSB #953441
E-mail: fjm@coveragelit.com
**Kyle A. Sturm**, OSB #080214
E-mail: ks@coveragelit.com
MALONEY LAUERSDORF REINER, PC
117 SW Taylor St., Ste. 300
Portland, OR  97204
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Defendant
Hartford Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CEDAR LAKE HOMEOWNERS ASSOCIATION**, an Oregon domestic nonprofit corporation; and **DECATUR BRIDGEWATER VISTA CONDOMINIUMS OWNERS' ASSOCIATION**, an Oregon domestic nonprofit corporation,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>**NORTHWEST EMPIRE COMMUNITY MANAGEMENT, INC.**, fka Professional Community Management, Inc., an Oregon corporation,<br><br>　　　　　　　　Defendant,<br><br>and<br><br>**SENTINEL INSURANCE COMPANY, LTD.**, a Connecticut corporation,<br><br>　　　　　　　　Garnishee. | Civil No.<br><br>**NOTICE OF REMOVAL** |



117 SW Taylor Street, Ste. 300
Portland, Oregon 97204
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 1

TO: The Clerk of the Court, United States District Court for the District of Oregon

Pursuant to 28 USC §1441 and 1446, Garnishee Sentinel Insurance Company, Ltd. ("Sentinel") removes this action from the Circuit Court of the State of Oregon, for the County of Multnomah, to the United States District Court for the District of Oregon in Portland, Oregon.

1. On April 3, 2014, Plaintiffs/Garnishors served on Sentinel Allegations Against Garnishee that had been filed in the Circuit Court of the State of Oregon, for the County of Multnomah, entitled *Cedar Lake Homeowners Association and Bridgewater Vista Condominiums Owners' Association v Northwest Empire Community Management, Inc.*, Case No. 1211-14420. We have attached as Exhibit 1 all process, pleadings, and orders filed in that action up to the present date.

2. Pursuant to 28 USC § 1441(a), a party may remove an action filed in the state court to the United States District Court if the district court has original jurisdiction over the action. This action is one over which the court has original jurisdiction under 28 USC § 1332(a)(1) because:

    (1) The amount in controversy exceeds $75,000; and

    (2) Plaintiffs/Garnishors and Garnishee are citizens of different states and Garnishee is not a citizen of the state in which the action was brought.

Specifically, Plaintiff Cedar Lake Homeowners Association is an Oregon corporation. *See* Allegations Against Garnishee, ¶1. Plaintiff Decatur Bridgewater Vista Condominiums Association is a nonprofit Oregon

MALONEY | LAUERSDORF | REINER pc
117 SW Taylor Street, Ste. 300
Portland, Oregon 97204
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 2

corporation. Id., ¶2. Garnishee Sentinel is organized and incorporated under the laws of the state of Connecticut with its principal place of business in Connecticut.

3. The amount in controversy in this action exceeds $75,000 in that Plaintiffs/Garnishors filed Allegations Against Garnishee seeking judgment against Sentinel in the amount of $149,044.39, plus interest and costs and disbursements.

4. Removal is timely in that Sentinel filed this Notice of Removal within 30 days of being served with a copy of the Allegations Against Garnishee.

5. This notice is filed pursuant to Fed.R.Civ.P. 11.

WHEREFORE, Sentinel removes this action from the Circuit Court for the State of Oregon, for the County of Multnomah to the Portland Division of the United States District Court, for the District of Oregon.

DATED: April 11, 2014

MALONEY LAUERSDORF REINER, PC

By /s/Kyle A. Sturm
**Kyle A. Sturm**, OSB #080214
Telephone: 503.245.1518
Attorney for Defendant Sentinel Insurance Company, Ltd.

MALONEY | LAUERSDORF | REINER pc
117 SW Taylor Street, Ste. 300
Portland, Oregon 97204
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 3