IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CEDAR LAKE HOMEOWNERS ASSOCIATION**, an Oregon domestic nonprofit corporation; and **DECATUR BRIDGEWATER HOMEOWNERS ASSOCIATION**, an Oregon domestic nonprofit corporation, | Case No. 3:14-cv-00599-PK<br><br>**JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **NORTHWEST EMPIRE COMMUNITY MANAGEMENT, INC.**, an Oregon corporation formerly known as Professional Community Management, Inc., | |
| Defendant, | |
| v. | |
| **SENTINEL INSURANCE COMPANY, LTD.**, a Connecticut corporation, | |
| Garnishee. | |

Based on the Court's Order dated December 20, 2016, and Magistrate Judge Paul Papak's Findings and Recommendation dated October 12, 2016,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 27th day of January, 2017.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge